Brown's Auto Auction Sales Company, Inc., Respondent, *v.* Lily Braunstein, Individually and as Administratrix of the Estate of Jacob Braunstein, Deceased, Appellant.

(Argued November 27, 1928; decided December 31, 1928.)

*John W. Davis, I. Maurice Wormser* and *Abraham J. Halprin* for appellant.

*Samuel Seabury, Abraham Brill* and *George Trosk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Lehman and O'Brien, JJ. Dissenting: Crane, Andrews and Kellogg, JJ.